UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ANTHONY BAILEY,<br>　　#1045689<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>CLARK COUNTY DISTRICT<br>ATTORNEY'S OFFICE, *et al.*,<br><br>　　　　　　　　Defendants. | 2:10-CV-01012-JCM-RJJ<br><br>O R D E R |

This matter was submitted to the undersigned Magistrate Judge on Plaintiff Anthony Bailey's Motion For A Copy Of The Case Summary, Court Minutes, And Pending Hearing Dates (Doc. #7) filed November 5, 2010.

The Court having reviewed the motion and good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiff Anthony Bailey's Motion For A Copy Of The Case Summary, Court Minutes, And Pending Hearing Dates (Doc. #7) is **GRANTED**.

IT IS FURTHER ORDERED that the Clerk shall provide Plaintiff Anthony Bailey with a copy of the complete docket sheet in the above referenced case.

DATED this 9th day of November, 2010.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　ROBERT J. JOHNSTON
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge